IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2022 AUG 16 AM 11: 17

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:22CR59 |
| Plaintiff, | SUPERSEDING INDICTMENT |
| vs. | 21 U.S.C. § 846 |
| HOLLY M. FLEMING and TERRELL C. BASS, | 21 U.S.C. § 841(a)(1) & (b)(1) |
| | 18 U.S.C. § 924(c)(1)(A) |
| | 21 U.S.C. § 853 |
| Defendants. | |

The Grand Jury charges that:

### COUNT I

Beginning on or about October 27, 2021, and continuing to on or about February 18, 2022, in the District of Nebraska, Defendants HOLLY M. FLEMING and TERRELL C. BASS did knowingly and intentionally combine, conspire, confederate, and agree together and with other persons to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

### COUNT II

On or about October 27, 2021, in the District of Nebraska, Defendant HOLLY M. FLEMING did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

1

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT III

On or about February 18, 2022, in the District of Nebraska, Defendants HOLLY M. FLEMING and TERRELL C. BASS did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT IV

On or about February 18, 2022, in the District of Nebraska, Defendant HOLLY M. FLEMING did knowingly use and carry a firearm, to wit: a black Sig Sauer Mosquito handgun, during and in relation to, and did knowingly possess such firearm in furtherance of, a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is, the offenses described in Counts I and III.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION

1.  The allegations contained in Counts I and III of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2.  Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of as set forth above in Count I and III, Defendants HOLLY M. FLEMING and TERRELL C. BASS shall forfeit to the United States of America any property constituting,

or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to:

    a.    $61,198.76 United States currency seized from 424 N. 34th Street, Omaha, NE on or about February 18, 2022.

3.    If any of the property described above, as a result of any act or omission of Defendant(s):

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

The United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

In violation of Title 21, United States Code, Section 853.

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
THOMAS J. KANGIOR
Assistant United States Attorney

3